**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: RICHARD PETER CARO and SVETLANA VLADIMIROVNA CARO, <br><br> Debtors *Pro Se* | Case No. 13-38958 <br> Hon. Janet S. Baer, U.S.B.J. <br> Chapter 13 |
| RICHARD P. CARO and SVETLANA V. CARO, <br><br> Debtors *Pro Se*-Plaintiffs, <br><br> vs. <br><br> DENNIS F. MARTINEK and ROBERT L. HEBEL, JR. <br><br> Defendants. | ADVERSARY PROC. NO. <br><br> 13-01334 |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 09 2019
JEFFREY P. ALLSTEADT, CLERK
TEAM - CA

**NOTICE OF MOTION OF DEBTORS'-**
**PLAINTIFFS' FOR RECONSIDERATION AND**
**DISCLOSURE OF ARDC RECORD PROVIDED THE COURT**
**AND REQUEST FOR WAIVER OF PERSONAL APPEARANCE**

Karen R. Goodman, Trustee
Taft, Shefsky & Froelich
111 East Wackewr
Suite 2800
Chicago, IL 60601

Jordan T. Hoffman, Esq.
11528 S Halsted St
Chicago, IL 60628-5218

PLEASE TAKE NOTICE that on August 22, 2019 at 9:30 A.M. in Courtroom 615, Richard & Svetlana Caro, Plaintiffs-Debtors, will move for entry of an Order:
1. Requesting reconsideration of the Court's July 31, 2019 Order,
2. Disclosure of the Record and Documents provided to the Court by the ARDC, and
3. Waiving the Caros' personal appearance at the August 15, 2019 hearing.

Dated: August 7, 2019

*/s/ Richard P. Caro, Svetlana V. Caro (sc)*
Richard & Svetlana Caro, Debtors-Plaintiffs *Pro Se*
Rpc29@yahoo.com
62B Jacksons Run, Santa rosa Beach, FL 32459-3190
850-365-9671

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: RICHARD PETER CARO and SVETLANA VLADIMIROVNA CARO, <br><br> Debtors *Pro Se* <br><br>_____ <br><br> RICHARD P. CARO and SVETLANA V. CARO, <br><br> Debtors *Pro Se*-Plaintiffs, <br><br> vs. <br><br> DENNIS F. MARTINEK and ROBERT L. HEBEL, JR. <br><br> Defendants. | Case No. 13-38958 <br> Hon. Janet S. Baer, U.S.B.J. <br> Chapter 13 <br><br><br><br><br> ADVERSARY PROC. NO. <br><br> **13-01334** |

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 09 2019
JEFFREY P. ALLSTEADT, CLERK
TEAM - CA

MOTION
FOR RECONSIDERATION OF THE JULY 31, 2019 ORDER
FOR DISCLOSURE OF THE RECORD PROVIDED THE COURT BY THE ARDC
AND
FOR WAIVER OF PLAINTIFFS-DEBTORS PERSONAL APPEARANCE

On August 6, 2019, the Plaintiffs-Debtors received a copy of the Bankruptcy Court's July 31, 2019 Order, *inter alia*, denying their action for attorney fees. The Plaintiffs-Debtors were **not** notified that the Bankruptcy Court had received any documents from the ARDC and were not requested by the Bankruptcy Court to respond in any way to what the ARDC did or to any proposed disposition by the Bankruptcy's Court. The Plaintiff-Debtors also do not know if the Chapter 7 Trustee, who represents the Plaintiffs'-Debtors' Estate, was provided the Record or any other document by the ARDC even though it was requested to do so by Plaintiffs-Debtors.

Plaintiffs-Debtors accordingly move the Bankruptcy Court to provide them and their Chapter

7 Trustee with a copy of what the ARDC gave to the Bankruptcy Court. In the ARDC proceedings a crucial transcript had been omitted and had to added by motion and the ARDC had added to the record a document that had not been listed as part of the record. In addition, during the proceedings attorneys for the ARDC Administrator misrepresented facts in the Administrative Record or made erroneous statements of fact which the Hearing and Appeal panels relied upon. So we need to have a copy of what the Court was given, including for appeal purposes.

Assuming that the complete ARDC Record has been provided the Court, including all of Plaintiff-Debtor Richard Caro's objections, exceptions, appeals and motions, including those filed with the Illinois Supreme Court, the ARDC did not find that Richard Caro representation of Dennis Martinek and Robert L. Hebel, Jr. in the federal RICO action, *Martinek v. Dias*, Civil Action No. 11-cv-07190, was performed in violation of State law nor did it invalidate the Circuit Court's Order granting him the right to appear *pro hac vice* for Dennis Martinek in the wrongful detainer case, *Loukas Development Development, Inc. v. Mas Verde Inc*, No. 11 M1 711808. So the Estate is entitled to be paid the outstanding legals fees for work done in those 2 cases by Martinek and Hebel.

With respect to those services found to been provided in violation of State law, Plaintiffs-Debtors rely upon the objections submitted by Mr. Caro during the ARDC proceedings and to the Illinois Supreme Court and incorporate them herein by reference.

Finally, Plaintiffs-Debtors request leave not to appear for the hearing motion because they lack the money to travel to Chicago and Mr. Caro's remains under his physician's instructions not to travel to Chicago. He has not traveled to Chicago, or to any where else, except locally, since his return from Chicago on March 31, 2017. .The restriction was imposed on him because he suffered a heat attack in April 2017 and numerous ongoing transient ischemic incidents several of which were

severe disabling him and causing disorientation. Copies of his medical record and diagnoses were provided to the ARDC on an ongoing basis. Mr. Caro has no income and his wife works part time at a low hourly wage and the Caros simply do not have the financial resources to appear personally in Chicago.. Accordingly Plaintiffs-Debtors request leave not to appear at any hearing held on this motion. They are, however, willing to appear remotely.

Respectfully, Submitted,
Dated: August 7, 2019

_____
Richard P. Caro, Plaintiff-Debtor *Pro Se*


_____
Svetlana V. Caro, Plaintiff-Debtor *Pro Se*

-3-